# TASKS PERFORMED BY TRUSTEE

1. Received schedules and statement of financial affairs.

2. Obtained debtor's books and records.

3. Conducted first meeting of creditors.

4. Reviewed value of assets and liens.

5. Filed Initial Report of Trustee in Asset Case.

6. Prepared and presented Application to Sell Assets and to retain professionals.

7. Reviewed and participated with debtor on the determination and purchase price based upon maintenance issues of airplane.

8. Invested estate funds and maintained estate ledgers.

9. Filed required review reports with the Office of the U.S. Trustee.

10. Checked claims and schedules for accuracy of claims.

11. Obtained waivers from I.R.S. of Trustee's obligation to file federal income tax returns and retained accountant, or filed appropriate returns.

12. Prepared Final Report and Account.