**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:<br>SEVERS, DALE R.<br>AKA AUTPRO CONSULTANTS<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04-04481 ABG<br><br>JUDGE A. Benjamin Goldgar |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   Park City Branch Court
          301 Greenleaf Avenue, Courtroom B
          Park City, IL 60085

    on:   **January 9, 2009**
    at:   **2:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $        23,465.69

    b. Disbursements                         $             76.14

    c. Net Cash Available for                $        23,389.55
    Distribution

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| JOHN E. GIERUM (Trustee Expenses) | 0.00 | | $76.14 |
| JOHN E. GIERUM (Trustee Fees) | 0.00 | $3,096.57 | |
| Lois West, Popowcer Katten, Ltd. (Trustee's Accountant Fees) | 0.00 | $693.00 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| None | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| None | | | |

7. Claims of general unsecured creditors totaling $73,798.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 26.55%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Manhattan Bank, N.A. | $ 19,876.21 | $ 5278.92 |
| 2 | Bank One Delaware | $ 5,404.53 | $ 1435.38 |
| 3 | Discover Bank/Discover Financial Services | $ 12,180.46 | $ 3234.98 |
| 4 | Discover Bank/ Discover Finacial Services | $ 14,391.64 | $ 3822.25 |
| 5 | Advanta Bank Corp. | $ 3,315.69 | $ 880.61 |

| 6 | Baxter Credit Union | $ 6,102.41 | $ 1620.73 |
|---|---|---|---|
| 7 | Baxter Credit Union | $ 12,527.35 | $ 3327.11 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: Cash, checking account, security deposit, household goods, collectibles, clothing, jewelry, equipment, life insurance, IRA, tax refund, Mazda MPV, tools , former residence, and airplane hangar ½ interest.

Dated: **December 8, 2008**                   For the Court,

 

KENNETH S. GARDNER
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:    JOHN E. GIERUM
Address:    GIERUM & MANTAS
            SUITE 1015
            9700 WEST HIGGINS ROAD
            ROSEMONT, IL  60018
Phone No.:  (847) 318-9130

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 1                  Date Rcvd: Dec 08, 2008
Case: 04-04481                Form ID: pdf002              Total Served: 28

The following entities were served by first class mail on Dec 10, 2008.
db          +Dale R Severs,    5250 Grand Avenue,    Suite 14-283,    Gurnee, Il 60031-1877
aty          Gary N Foley,    Gary N. Foley, P.C.,    1919 Route 83,    Round Lake Beach, IL  60073
tr          +John E Gierum,    John E Gierum,    Gierum & Mantas,    9700 Higgins Road,    Suite 1015,
              Rosemont, IL 60018-4712
7855957     +Advanta,    Pob 8088,    Philadelphia,PA 19101-8088
8120530     +Advanta Bank Corp,    700 Dresher Road,    Horsham, PA 19044-2206
7743693     +Antonio T. Brown,    115 Havenwood Court,    Round Lake Illinois 60073-9538
7743694      Associates Amoco,    95 James Way,    Suite 113,    Southhampton PA 18966-3847
7743695     +Associates Credit,    c/o American Recovery Systems,    1699 Wall Street Ste 300,
              Mount Prospect Illinois 60056-5778
7855958      Bank One,    Pob 50882,    Henderson,NV 89016
8064348     +Bank One Delaware,    2101 4th Ave Suite 900,    Seattle,WA 98121-2339
7743696     +Bank of America,    c/o Feingold & Levy,    10 S Lasalle St.,    Ste 900,
              Chicago, Illinois 60603-1016
8128583     +Baxter Credit Union,    400 N Lakeview Parkway,    Vernon Hills,Illinois 60061-1854
7855959     +Baxter Credit Union Master Card,    Pob 790289,    St Louis,MO 63179-0289
7743697      Baxter Credti Union Visa,    c/o Freedman Anselmo Linberg & Rapp,    1807 W Deihl Rd Ste 333,
              P.O. Box 3107,    Naperville, Illinois 60566-7107
7743698     +Best Buy,    29125 Solon Road,    Solon Ohio 44139-3442
7855960     +Capital One,    Pob 60000,    Seattle,WA 98190-6000
7743699     +Capital One,    P.O. Box 6000,    Seattle, Washington 98190-0001
7855961     +Chase,    Pob 52108,    Phoenix,AZ 85072-2108
8045379     +Chase Manhattan Bank USA,    Pob 52176,    Phoenix,AZ 85072-2176
7743700     +Citibank,    c/o United Recovery Systems,    5800 N Course Drive,    Houston TX 77072-1613
7743702     +Citibank,    c/o RMA inc.,    P.O.Box 105411,    Atlanta, GA 30348-5411
7743701      Citibank,    P.O. Box 6004,    The Lakes, Nevada  89163-6004
7743703     +Lane Bryant,    c/o NCO Financial,    507 Prudential Road,    Horsham, PA 19044-2308
7743704     +SearsSears/Sherman Aquisitions,    3333 Beverly Road,    Hoffman Estates, IL 60179-0001
7855963     +Ups Custom House,    55 Shuman Road / Pob 482,    Richfield,OH 44286-0482
7743705     +Wells Fargo Financial,    P.O.Box 5943,    Souix Falls, South Dakota 57117-5943
The following entities were served by electronic transmission on Dec 09, 2008.
7855962       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 09 2008 02:00:47     Discover,    Pob 30395,
               Salt Lake City,UT 84130
8107802       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 09 2008 02:00:47
               Discover Bank/ Discover Financial Services,    Pob 8003,    Hillard,OH 43026
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 10, 2008**          **Signature:** _/s/ Joseph Speetjens_